**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Wardell Rodney JONES, Defendant— Appellant.**

No. 06–7207.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 21, 2006.

Decided: Jan. 3, 2007.

Wardell Rodney Jones, Appellant Pro Se. Gurney Wingate Grant, II, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wardell Rodney Jones appeals the district court's order denying Jones' motion for termination of garnishment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Jones*, No. 3:04–cr–00019–RLW–AL (E.D. Va. June 13, 2006). Jones' motions for summary judgment and injunction are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*